## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

UNITED STATES OF AMERICA

V.  CASE NO. 1:10CR172-SA-JAD

VANN FREDRIC LEONARD

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING**<br>**301 WEST COMMERCE STREET**<br>**ABERDEEN, MISSISSIPPI 39730** | **COURTROOM 1 - THIRD FLOOR**<br>**TUESDAY, JANUARY 25, 2011, 2:00 P.M.**<br><br>**Date and Time** |

**Type of Proceeding**

**WAIVING OF INDICTMENT/ FILING OF INFORMATION/TAKING OF PLEA AS TO COUNT ONE OF THE INFORMATION BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK. A PRESENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING THE PLEA PROCEEDINGS.  COUNSEL FOR DEFENDANT MAY ATTEND.**
**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

BY:   /s/ Ginger Sullivan
       Ginger Sullivan - Courtroom Deputy

Date:  December 28, 2010

To:    Joseph M. Hollomon (electronic notice only)      Robert J. Mims (electronic notice only)
       U. S. Probation Service (electronic notice only)  U. S. Marshal Service (electronic notice only)

**CONTACT GINGER SULLIVAN AT 662-369-2628 OR ginger_sullivan@msnd.uscourts.gov**
**IF YOU HAVE ANY QUESTIONS**