# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

UNITED STATES OF AMERICA

V.  CASE NO. 1:10CR172-SA-JAD

VANN FREDRIC LEONARD

---

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING**<br>301 WEST COMMERCE STREET<br>ABERDEEN, MISSISSIPPI 39730 | **COURTROOM 1 - THIRD FLOOR**<br>**MONDAY, JANUARY 31, 2011, 2:30 P.M.**<br><br>**Date and Time** |

**Type of Proceeding**

WAIVING OF INDICTMENT/ FILING OF INFORMATION/TAKING OF PLEA
AS TO COUNT ONE OF THE INFORMATION
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK.
A PRESENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
THE PLEA PROCEEDINGS.  COUNSEL FOR DEFENDANT MAY ATTEND.
*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES

DAVID CREWS, Clerk of Court

BY:   /s/ Ginger Sullivan
      Ginger Sullivan - Courtroom Deputy

Date:  January 5, 2011

To:    Joseph M. Hollomon (electronic notice only)     Robert J. Mims (electronic notice only)
       U. S. Probation Service (electronic notice only)   U. S. Marshal Service (electronic notice only)

**CONTACT GINGER SULLIVAN AT 662-369-2628 OR ginger_sullivan@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**